

1  YEERIK MOY (SBN 268983)
2  BONNIE CHAVEZ (SBN 198124)
   SAG-AFTRA
3  5757 Wilshire Boulevard, 7th Floor
   Los Angeles, California 90036-3600
   Telephone:  (323) 634-8291
4  Facsimile:   (323) 634-8126
   yeerik.moy@sagaftra.org
5

6  Attorney for Petitioner
   Screen Actors Guild - American Federation
7  of Television and Radio Artists

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  SCREEN ACTORS GUILD-           Case No. CV12- 09694 (AJ(SSx)
    AMERICAN FEDERATION OF
12  TELEVISION AND RADIO           [PROPOSED] JUDGMENT
    ARTISTS, a non-profit corporation, as
13  successor-in-interest to SCREEN
    ACTORS GUILD, INC., on behalf of
14  Affected Performers,

15         Petitioner,

16  v.

17  STIGMA PRODUCTIONS, LLC,

18         Respondent.



19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         The regularly noticed Motion for Order Confirming Arbitration Award and

22  for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-

23  American Federation of Television and Radio Artists ("Union"), as successor-in-

24  interest to Screen Actors Guild, Inc. ("SAG"), came before the Court.

25         Having considered all of the pleadings and arguments submitted by the

26  parties in connection with this motion, the pleadings and papers on file, and any

27  oral and/or documentary evidence presented at the time of hearing:

28         ///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1.      The stipulated arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against Stigma Productions, LLC, Union Case 2001-0149, dated November 14, 2008, is confirmed in all respects.

2.      Stigma Productions, LLC is ordered to pay as follows:

      (a)   To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $365,923.56;

      (b)   To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00; and

      (c)   To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.00.

3.      Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Stigma Productions, LLC's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Out in Fifty* also as known as *Stigma* anywhere in the world until the amounts due are paid in full.

4.      SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

5.      The parties are to split any arbitrator fees.

Dated: _____

_____
Judge of the United States District Court

[PROPOSED] JUDGMENT